**CORNELIUS DUSHANE and AGNES, his Wife, v. ALRICH RYLAND.**

Court of Chancery.   New Castle.   August 28, 1822.

*Ridgely's Notebook IV, 88.*

[For this case, see 1 Del.Ch. 230.]

**Ex parte WILLIAM BURGESS, HENRY BURGESS, et al.**

Court of Chancery.   New Castle.   August 31, 1822.

*Ridgely's Notebook IV, 99.*

[For this case, see 1 Del.Ch. 233.]